**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 APR 21  PM 4:49
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:24CR114 |
| DEYON DOWNING,<br>ASIA BLACKBURN,<br>VENTURA MONTOYA GONSALEZ,<br>CARLOS LOPEZ MONTOYA,<br>ALEXIS CUADRAS GRACIANO, | NOTICE: SUMMARY FOR<br>SUPERSEDING INDICTMENT |
| Defendants. | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to local Rule of Criminal Procedure 7.2, provides this summary:

1. Plaintiff added Defendant Alexis Cuadras Graciano.

Dated this ____ day of April 2025.

UNITED STATES OF AMERICA
Plaintiff

MATTHEW R. MOLSEN
Acting United States Attorney

s/Kimberly C. Bunjer
KIMBERLY C. BUNJER #20962
Assistant U.S. Attorney
1620 Dodge Street, #1400
Omaha, Nebraska 68102-1506
(402) 661-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on April _____, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the parties of record.

                                                  s/Kimberly C. Bunjer
                                                  KIMBERLY C. BUNJER
                                                  Assistant United States Attorney